1444

[Cite as *06/17/2003 Case Announcements,* 2003-Ohio-3088.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 17, 2003*

### MOTION AND PROCEDURAL RULINGS

2002–2015. State v. Weirtz.
Delaware App. No. 02CAC06032. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Delaware County. Upon consideration of appellant's motion to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

2003–0657. State v. Williams.
Cuyahoga App. No. 47853, 2003-Ohio-1822. On motion for stay of execution of death sentence, on amended motion for stay, on request for appointment of counsel, on motion to supplement the record, and on "motion in limine for discovery and evidentiary hearing." Motions and request denied.
O'DONNELL, J., not participating.

[Cite as *06/19/2003 Case Announcements,* 2003-Ohio-3179.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 19, 2003*

### MISCELLANEOUS DISMISSALS